Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Formation Creative Group LLC | Case No.: 25–31068 HLB 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 1/5/2026. Therefore, it is ordered that this case be **dismissed**.

☐ Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee
☐ Order Denying Application to Have Chapter 7 Filing Fee Waived and Pay Filing Fee in Full
☑ Order to File Required Documents and Notice of Automatic Dismissal
☐ Order and Notice Regarding Failure to Pay Filing Fee
☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
☐ Order Granting the Application to Pay Filing Fee in Installments
☐ Other:

Dated: 1/15/26

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge