# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 1/15/2026 |
| Case: 25–31068 | Form ID: NDC | Total: 110 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr     Sarah L. Little     sarah@littletrustee.com
aty     Robert G. Harris     rob@bindermalter.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Formation Creative Group LLC     395 Oyster Point Blvd, Ste 211     South San Francisco, CA 94080
smg     Chief Tax Collection Section     Employment Development Section     P.O. Box 826203     Sacramento, CA 94230
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280–0001
smg     CA Franchise Tax Board     Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812–2952
15847609     1WorldSync, Inc.     Attention Legal Department     300 South Riverside Plaza Suite 1400     Chicago, IL 60606
15847608     1WorldSync, by Syndigo     7777 Washington Village Dr, Suite 360     Dayton, OH 45459
15847610     9 Kings Hong Kong Limited     C/o Preti, Flaherty, Beliveau & Pachios     Attn: T Bryant, M Melusky, B Haley     One City Center, P.O. Box 9545     Portland, ME 04112–9546
15847611     9 Kings Hong Kong Limited     Unit B, 16/F., Yardley Commercial Bldg     3 Connaught Road West     Sheung Wan, HONG KONG
15847614     ADP, Inc.     1 ADP Blvd     Roseland, NJ 07068–1728
15847612     Adobe     345 Park Avenue     San Jose, CA 95110–2704
15847613     Adobe Systems Inc.     345 Park Avenue     San Jose, CA 95110–2704
15847615     Alec Taunton     C/o Cullen & Hemphill, PLC     Attn: Mindy Jackson     101 S. New York Ave, Ste 205     Winter Park, FL 32789
15847616     Amazon Legal Department     P.O. Box 81226     Seattle, WA 98108–1226
15847617     Bureau Veritas Hong Kong Limited     Kowloon Bay Office     1/F., Pacific Trade Centre     2 Kai Hing Road     Kowloon Bay, Kowloon HONG KONG
15847618     CA State EDD     Bankruptcy Unit MIC: 92E     P.O. Box 826880     Sacramento, CA 94280–0001
15847624     CITRIX Systems     851 Cypress Creek Road     Fort Lauderdale, FL 33309
15847628     CNA Insurance     151 North Franklin Street     Chicago, IL 60606
15847621     CalSavers Retirement Savings Board     P.O. Box 942004     Sacramento, CA 94204
15847619     California Department of Tax and Fee Adm     651 Bannon Street     Sacramento, CA 94279
15847620     California Department of Tax and Fee Adm     Field Operations Division     PO Box 942879     Sacramento, CA 94279–0047
15847623     Canada Revenue Agency     275 Pope Road Suite 103     Summerside PE C1N 6A2 CANADA
15847622     Canada Revenue Agency     Fraser Valley TSO     W R Security, Section 471     9755 King George Blvd.     Surrey BC V3T 5E1 CANADA
15847625     City and county of Denver     201 W. Colfax Ave     Denver, CO 80202
15847626     City and county of Denver     P.O. Box 660860     Dallas, TX 75266–0860
15847627     City of South San Francisco Business Lic     400 Grand Avenue     PO Box 711     South San Francisco, CA 94083
15847629     Colorado Department of Revenue     Attn: Bankruptcy     PO Box 17087     Denver, CO 80217–0087
15847630     Colorado Dept of Labor and Employment     Unemployment Insurance Employer Services     PO Box 8789     Denver, CO 80201–8789
15847631     Comcast Business     PO Box 60533     City of Industry, CA 91716–0533
15847632     Commercial Collection Consultants     18756 Stone Oak Parkway #200     San Antonio, TX 78258
15847633     Contabo GmbH     Aschauer Strasse 32a     Munich 81549 GERMANY
15847634     Corporation Service Company     251 Little Falls Drive     Wilmington, DE 19808
15847635     Costco Wholesale     P.O. Box 34331     Seattle, WA 98124
15847636     Curzon Company     7110 SW Beveland Road     Portland, OR 97223
15847637     DRS Partners, Inc.     255 W. Foothill Blvd, Suite 205     Upland, CA 91786
15847638     Dun & Bradstreet     5335 Gate Pkwy     Jacksonville, FL 32256
15847639     Employment Development Department     P.O. Box 989059     West Sacramento, CA 95798–9059
15847640     FONTBASE     C/O Senary Domain LLC     8 THE GREEN, STE A     Dover, DE 19901
15847641     Fraser Valley TSO     N R Security, Section 471     9755 King George Boulevard     Surrey, BC V3T 5E1 CANADA
15847642     Fred Meyer, Inc.     P.O. Box 305248     Nashville, TN 37230–5103
15847643     Fujian Dehua Jiawei Ceramic Co., Ltd.     No.500 Longxun Road     Baomei Industry Area     Dehua County, Fujian, China     Longxun Town CHINA
15847644     GS1 US, Inc.     300 Charles Ewing Blvd     Ewing, NJ 08628–3400
15847645     Guangdong Totye Ceramics Industrial Co,.     Xinhe Miaopu Fengtang Houlong     Guangdong Chaozhou 515646 CHINA
15847646     HE BEI ML Glassware CO.,LTD.     Nandashi Country Xingbieying Town     Hebei     Hejian City 062450 CHINA
15847647     Hobby Lobby Stores Inc.     7707 SW 44th St     Oklahoma City, OK 73179
15847648     Holland & Knight LLP     P.O. Box 936937     Atlanta, GA 31193–6937

| | | | | |
|---|---|---|---|---|
| 15847649 | Hongwei Glassware Co.,ltd | No 1 Xialinghou Road | Wenxi, Yuncheng, Shanxi | Shanxi Province Yuncheng City CHINA |
| 15847650 | Howard Group | 390 NE 191st Street | Miami, FL 33139 | |
| 15847651 | Inspectorio, Inc. | 400 S. 4th Street Suite 410 | Minneapolis, MN 55415 | |
| 15847652 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101-7346 | |
| 15847654 | JPMorgan Chase & Co. | 1 Chase Manhattan Plaza | New York, NY 10015 | |
| 15847653 | James Martin and Associates LLC | 2100 N. Stemmons, Ste 2501 | Dallas, TX 75207 | |
| 15847655 | Karen Alweil Studio | 1933 S. Broadway, Ste. 848 | Los Angeles, CA 90007 | |
| 15847656 | Kashiwa Fudosan | P. O. Box 51320 | Los Angeles, CA 90051-5620 | |
| 15847657 | Kashiwa Fudosan America, Inc. | C/o RiverRock Real Estate Group, Inc. | 400 Oyster Point Blvd., Suite 117 | South San Francisco, CA 94080 |
| 15847660 | LINKEDIN | 1000 West Maude Avenue | Sunnyvale, CA 94085 | |
| 15847658 | Legacy Retail Solutions, LLC | 2600 NE 11th Street STE #101 | Bentonville, AR 72712 | |
| 15847659 | Liling Guanqian Ceramic Manufacture CO. | Sunjiawan Town | Hunan Province | Liling City CHINA |
| 15847661 | Mariner Consulting Group Inc. | 677 N Washington Blvd #121 | Sarasota, FL 34236 | |
| 15847662 | Meijer | 2929 Walker Ave NW | Grand Rapids, MI 49544 | |
| 15847663 | Merchant Factors Corp | 1441 Broadway, 17th Floor | New York, NY 10018 | |
| 15847664 | Merchant Factors Corp. | 1441 Broadway, 17th Floor | New York, NY 10018 | |
| 15847665 | Michigan Marketing Co. | 1390 Washington Blvd | Birmingham, MI 48009 | |
| 15847666 | Michigan Marketing Co. Attn: Steve Orta | 1390 Washington Blvd | Birmingham, MI 48009 | |
| 15847667 | Microsoft Corporation | Attn: Legal Department | One Microsoft Way | Redmond, WA 98052 |
| 15847668 | Minnesota Department of Employment | P.O. Box 4629 | Saint Paul, MN 55101-4629 | |
| 15847669 | Minnesota Department of Revenue | P.O. Box 64447-BKY | St. Paul, MN 55164-0447 | |
| 15847670 | N.T.D. Label Printing Co., Limited | Rm 20G3, 20/F, Block 4 | Golden Dragon Industrial Centre | No. 182-190 Tai Lin Pai Road Kwai Chung HONK KONG |
| 15847673 | NJ Dept of Labor | Division of Employer Accounts | PO Box 379 | Trenton, NJ 08625-0379 |
| 15847674 | NY State Dept of Tax and Finance | NYS Assessment Receivables | P.O. Box 4127 | Binghampton, NY 13902-4127 |
| 15847671 | New Jersey Division of Taxation | Compliance and Enforcement - Bankruptcy | 3 John Fitch Way, 5th Floor | P.O. Box 245 Trenton, NJ 08695-0245 |
| 15847672 | New York State Dept of Tax and Finance | OPTS-Individual Tax Returns Processing | W A Harriman Campus | Albany, NY 01222-0001 |
| 15849403 | New York State Dept. of Tax & Finance | Bankruptcy Section | P O Box 5300 | Albany, NY 12205-0300 |
| 15847675 | Open Text INC. | 275 Frank Tompa Drive | Waterloo, ON N2L 0A1 CANADA | |
| 15847676 | Oregon Department of Revenue | P.O. Box 14950 | Salem, OR 97309-0950 | |
| 15847677 | Oregon Employment Department | 875 Union Street NE | Salem, OR 97311 | |
| 15847679 | PMI WW Brands, LLC | 2401 Elliott Ave, 4th Floor | Seattle, WA 98121 | |
| 15847680 | PMI WW Brands, LLC, dba Stanley | 2401 Elliott Ave 4th Fl | Seattle, WA 98121 | |
| 15847678 | Peake Marketing | 1600 14th St | West Linn, OR 97068 | |
| 15847681 | Ring Central | 20 Davis Dr. | Belmont, CA 94002 | |
| 15847682 | RingCentral Inc. | 20 Davis Drive | Belmont, CA 94002 | |
| 15847683 | Ripe concepts | 2500 North University Avenue, Suite 155 | Provo, UT 84604 | |
| 15847684 | Rithum (FKA Channeladvisor Corporation) | PO Box 8990 | Virginia Beach, VA 23450 | |
| 15847685 | Rithum (FKA CommerceHub) | 1201 Peachtree St NE, Suite 600 | Atlanta, GA 30361-3510 | |
| 15847689 | SHAREFILE LLC | C/O Progress Software Corporation | 15 Wayside Rd, Suite 400 | Burlington, MA 01803 |
| 15847690 | SMARTSHEET INC. | 500 18th Ave NE, Suite 200 | Bellevue, WA 98004 | |
| 15847691 | SOS | 1301 E Debbie Ln 102 PMB 3017 | Mansfield, TX 76063 | |
| 15847692 | SPS | 333 S 7th St Unit 1000 | Minneapolis, MN 55402 | |
| 15847693 | SPS Commerce Inc | 333 South 7th Street Suite 1000 | Minneapolis, MN 55402 | |
| 15847694 | SPS Commerce Inc | P.O. Box 205782 | Dallas, TX 75320-5782 | |
| 15847686 | Seafax Collections | P.O. Box 15340 | Portland, ME 04112-9885 | |
| 15847687 | Selery Fulfillment Inc. | 1809 W. Frankford Rd. #160 | Carrollton, TX 75007 | |
| 15847688 | Selery Fulfillment- SLC | PO Box 116922 | Carrollton, TX 75011-6922 | |
| 15847695 | State of CA Franchise Tax Board | Bankruptcy Section MS: A-340 | P.O. Box 2952 | Sacramento, CA 95812-2952 |
| 15847696 | State of New Jersey | P.O. Box 642 | Trenton, NJ 08646-0642 | |
| 15847697 | Target | 1000 Nicollet Mall | Minneapolis, MN 55403 | |
| 15847698 | The Curzon Company | 7110 SW Beveland | Portland, OR 97223 | |
| 15847699 | The Kroger Co. | 1014 Vine Street | Cincinnati, OH 45202 | |
| 15847700 | The Moscoe Group | 10900 Wayzata Blvd., Suite 600 | Minnetonka, MN 55305 | |
| 15847701 | UPS Billing Center | 55 Glenlake Pkwy NE | Atlanta, GA 30328 | |
| 15848437 | USA Debt Recovery Solutions Inc Assignee of FUJIAN | 255 W Foothill Blvd. | Suite 205 | Upland, CA 91786 |
| 15848439 | USA Debt Recovery Solutions Inc Assignee of GUANGD | 255 W Foothill Blvd. | Suite 205 | Upland, CA 91786 |
| 15848438 | USA Debt Recovery Solutions Inc. Assignee of Zibo | 255 W Foothill Blvd. | Suite 205 | Upland, CA 91786 |
| 15847702 | UWL, Inc | 1340 Depot Street | Cleveland, OH 44116 | |
| 15847703 | Velocity Global, LLC | 1701 Platte Street, Suite 210 | Denver, CO 80202 | |
| 15847704 | Xinyu Glassware Co., LTD. | Liu Wei Gang Road No.1 | Hongqiao Industrial Zone | Jiangsu Province Taxing City 225400 CHINA |
| 15847705 | Yongkang Phoenix Houseware CO LTD | No. 239 Chengxin Road | Economic Development Zone | Zhejiang Yongkang 321399 CHINA |
| 15847706 | Zibo Zichuan Xincheng Porcelain CO LTD | 1000 meters east of Yinjia Village comm | Shuangyang Town | Shandong, Zichuan District Zibo 255185 CHINA |

TOTAL: 107