In re:  Case No. 25-31068-HLB

Formation Creative Group LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 4
Date Rcvd: Jan 15, 2026      Form ID: NDC      Total Noticed: 104

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Formation Creative Group LLC, 395 Oyster Point Blvd, Ste 211, South San Francisco, CA 94080-1930 |
| 15847609 | + | 1WorldSync, Inc., Attention Legal Department, 300 South Riverside Plaza Suite 1400, Chicago, IL 60606-6712 |
| 15847608 | + | 1WorldSync, by Syndigo, 7777 Washington Village Dr, Suite 360, Dayton, OH 45459-3958 |
| 15847611 | | 9 Kings Hong Kong Limited, Unit B, 16/F., Yardley Commercial Bldg, 3 Connaught Road West, Sheung Wan, HONG KONG |
| 15847610 | + | 9 Kings Hong Kong Limited, C/o Preti, Flaherty, Beliveau & Pachios, Attn: T Bryant, M Melusky, B Haley, One City Center, P.O. Box 9545, Portland, ME 04112-9545 |
| 15847612 | ++ | ADOBE INC, ATTN CREDIT DEPARTMENT, 345 PARK AVENUE, SAN JOSE CA 95110-2704 address filed with court:, Adobe, 345 Park Avenue, San Jose, CA 95110-2704 |
| 15847615 | + | Alec Taunton, C/o Cullen & Hemphill, PLC, Attn: Mindy Jackson, 101 S. New York Ave, Ste 205, Winter Park, FL 32789-4290 |
| 15847616 | + | Amazon Legal Department, P.O. Box 81226, Seattle, WA 98108-1300 |
| 15847617 | | Bureau Veritas Hong Kong Limited, Kowloon Bay Office, 1/F., Pacific Trade Centre, 2 Kai Hing Road, Kowloon Bay, Kowloon HONG KONG |
| 15847618 | | CA State EDD, Bankruptcy Unit MIC: 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 15847624 | + | CITRIX Systems, 851 Cypress Creek Road, Fort Lauderdale, FL 33309-2040 |
| 15847628 | + | CNA Insurance, 151 North Franklin Street, Chicago, IL 60606-4153 |
| 15847621 | + | CalSavers Retirement Savings Board, P.O. Box 942004, Sacramento, CA 94204-2004 |
| 15847619 | + | California Department of Tax and Fee Adm, 651 Bannon Street, Sacramento, CA 94279-0001 |
| 15847623 | | Canada Revenue Agency, 275 Pope Road Suite 103, Summerside PE C1N 6A2 CANADA |
| 15847622 | | Canada Revenue Agency, Fraser Valley TSO, W R Security, Section 471, 9755 King George Blvd., Surrey BC V3T 5E1 CANADA |
| 15847627 | + | City of South San Francisco Business Lic, 400 Grand Avenue, PO Box 711, South San Francisco, CA 94083-0711 |
| 15847630 | | Colorado Dept of Labor and Employment, Unemployment Insurance Employer Services, PO Box 8789, Denver, CO 80201-8789 |
| 15847632 | + | Commercial Collection Consultants, 18756 Stone Oak Parkway #200, San Antonio, TX 78258-4354 |
| 15847633 | | Contabo GmbH, Aschauer Strasse 32a, Munich 81549 GERMANY |
| 15847636 | + | Curzon Company, 7110 SW Beveland Road, Portland, OR 97223-8184 |
| 15847637 | + | DRS Partners, Inc., 255 W. Foothill Blvd, Suite 205, Upland, CA 91786-3807 |
| 15847638 | + | Dun & Bradstreet, 5335 Gate Pkwy, Jacksonville, FL 32256-3071 |
| 15847639 | | Employment Development Department, P.O. Box 989059, West Sacramento, CA 95798-9059 |
| 15847640 | + | FONTBASE, C/O Senary Domain LLC, 8 THE GREEN, STE A, Dover, DE 19901-3618 |
| 15847641 | | Fraser Valley TSO, N R Security, Section 471, 9755 King George Boulevard, Surrey, BC V3T 5E1 CANADA |
| 15847642 | + | Fred Meyer, Inc., P.O. Box 305248, Nashville, TN 37230-5248 |
| 15847643 | | Fujian Dehua Jiawei Ceramic Co., Ltd., No.500 Longxun Road, Baomei Industry Area, Dehua County, Fujian, China, Longxun Town CHINA |
| 15847644 | | GS1 US, Inc., 300 Charles Ewing Blvd, Ewing, NJ 08628-3400 |
| 15847645 | | Guangdong Totye Ceramics Industrial Co,., Xinhe Miaopu Fengtang Houlong, Guangdong, Chaozhou 515646 CHINA |
| 15847646 | | HE BEI ML Glassware CO.,LTD., Nandashi Country Xingbieying Town, Hebei, Hejian City 062450 CHINA |
| 15847647 | + | Hobby Lobby Stores Inc., 7707 SW 44th St, Oklahoma City, OK 73179-4899 |
| 15847648 | | Holland & Knight LLP, P.O. Box 936937, Atlanta, GA 31193-6937 |
| 15847649 | | Hongwei Glassware Co.,ltd, No 1 Xialinghou Road, Wenxi, Yuncheng, Shanxi, Shanxi Province, Yuncheng City CHINA |
| 15847650 | + | Howard Group, 390 NE 191st Street, Miami, FL 33179-3899 |
| 15847651 | + | Inspectorio, Inc., 400 S. 4th Street Suite 410, Minneapolis, MN 55415-1419 |
| 15847654 | + | JPMorgan Chase & Co., 1 Chase Manhattan Plaza, New York, NY 10005-1402 |
| 15847653 | + | James Martin and Associates LLC, 2100 N. Stemmons, Ste 2501, Dallas, TX 75207-3040 |
| 15847655 | + | Karen Alweil Studio, 1933 S. Broadway, Ste. 848, Los Angeles, CA 90007-4519 |
| 15847656 | | Kashiwa Fudosan, P. O. Box 51320, Los Angeles, CA 90051-5620 |
| 15847657 | + | Kashiwa Fudosan America, Inc., C/o RiverRock Real Estate Group, Inc., 400 Oyster Point Blvd., Suite 117, South San Francisco, CA 94080-1917 |

| | | |
|---|---|---|
| 15847658 | + | Legacy Retail Solutions, LLC, 2600 NE 11th Street STE #101, Bentonville, AR 72712-4313 |
| 15847659 | | Liling Guanqian Ceramic Manufacture CO., Sunjiawan Town, Hunan Province, Liling City CHINA |
| 15847661 | + | Mariner Consulting Group Inc., 677 N Washington Blvd #121, Sarasota, FL 34236-4241 |
| 15847662 | + | Meijer, 2929 Walker Ave NW, Grand Rapids, MI 49544-9428 |
| 15847663 | + | Merchant Factors Corp, 1441 Broadway, 17th Floor, New York, NY 10018-1879 |
| 15847665 | + | Michigan Marketing Co., 1390 Washington Blvd, Birmingham, MI 48009-4155 |
| 15847666 | + | Michigan Marketing Co. Attn: Steve Orta, 1390 Washington Blvd, Birmingham, MI 48009-4155 |
| 15847668 | | Minnesota Department of Employment, P.O. Box 4629, Saint Paul, MN 55101-4629 |
| 15847673 | | NJ Dept of Labor, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 15847672 | | New York State Dept of Tax and Finance, OPTS-Individual Tax Returns Processing, W A Harriman Campus, Albany, NY 01222-0001 |
| 15847675 | | Open Text INC., 275 Frank Tompa Drive, Waterloo, ON N2L 0A1 CANADA |
| 15847676 | | Oregon Department of Revenue, P.O. Box 14950, Salem, OR 97309-0950 |
| 15847679 | + | PMI WW Brands, LLC, 2401 Elliott Ave, 4th Floor, Seattle, WA 98121-3300 |
| 15847680 | + | PMI WW Brands, LLC, dba Stanley, 2401 Elliott Ave 4th Fl, Seattle, WA 98121-3300 |
| 15847678 | + | Peake Marketing, 1600 14th St, West Linn, OR 97068-4512 |
| 15847683 | + | Ripe concepts, 2500 North University Avenue, Suite 155, Provo, UT 84604-3807 |
| 15847684 | + | Rithum (FKA Channeladvisor Corporation), PO Box 8990, Virginia Beach, VA 23450-8990 |
| 15847685 | | Rithum (FKA CommerceHub), 1201 Peachtree St NE, Suite 600, Atlanta, GA 30361-3510 |
| 15847689 | + | SHAREFILE LLC, C/O Progress Software Corporation, 15 Wayside Rd, Suite 400, Burlington, MA 01803-4620 |
| 15847690 | | SMARTSHEET INC., 500 18th Ave NE, Suite 200, Bellevue, WA 98004 |
| 15847691 | + | SOS, 1301 E Debbie Ln 102 PMB 3017, Mansfield, TX 76063-3376 |
| 15847692 | + | SPS, 333 S 7th St Unit 1000, Minneapolis, MN 55402-2421 |
| 15847693 | + | SPS Commerce Inc, 333 South 7th Street Suite 1000, Minneapolis, MN 55402-2421 |
| 15847694 | | SPS Commerce Inc, P.O. Box 205782, Dallas, TX 75320-5782 |
| 15847686 | + | Seafax Collections, P.O. Box 15340, Portland, ME 04112-5340 |
| 15847687 | + | Selery Fulfillment Inc., 1809 W. Frankford Rd. #160, Carrollton, TX 75007-4645 |
| 15847688 | | Selery Fulfillment- SLC, PO Box 116922, Carrollton, TX 75011-6922 |
| 15847696 | | State of New Jersey, P.O. Box 642, Trenton, NJ 08646-0642 |
| 15847698 | + | The Curzon Company, 7110 SW Beveland, Portland, OR 97223-8184 |
| 15847700 | + | The Moscoe Group, 10900 Wayzata Blvd., Suite 600, Minnetonka, MN 55305-5803 |
| 15847701 | + | UPS Billing Center, 55 Glenlake Pkwy NE, Atlanta, GA 30328-3474 |
| 15848437 | + | USA Debt Recovery Solutions Inc Assignee of FUJIAN, 255 W Foothill Blvd., Suite 205, Upland, CA 91786-3807 |
| 15848439 | + | USA Debt Recovery Solutions Inc Assignee of GUANGD, 255 W Foothill Blvd., Suite 205, Upland, CA 91786-3807 |
| 15848438 | + | USA Debt Recovery Solutions Inc. Assignee of Zibo, 255 W Foothill Blvd., Suite 205, Upland, CA 91786-3807 |
| 15847702 | + | UWL, Inc, 1340 Depot Street, Cleveland, OH 44116-1741 |
| 15847703 | + | Velocity Global, LLC, 1701 Platte Street, Suite 210, Denver, CO 80202-1349 |
| 15847704 | | Xinyu Glassware Co., LTD., Liu Wei Gang Road No.1, Hongqiao Industrial Zone, Jiangsu Province, Taxing City 225400 CHINA |
| 15847705 | | Yongkang Phoenix Houseware CO LTD, No. 239 Chengxin Road, Economic Development Zone, Zhejiang, Yongkang 321399 CHINA |
| 15847706 | | Zibo Zichuan Xincheng Porcelain CO LTD, 1000 meters east of Yinjia Village comm, Shuangyang Town, Shandong, Zichuan District, Zibo 255185 CHINA |

TOTAL: 80

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jan 16 2026 05:28:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 16 2026 05:28:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Jan 16 2026 05:28:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| 15847614 | + | Email/Text: bankruptcynotifications@adp.com | Jan 16 2026 00:34:25 | ADP, Inc., 1 ADP Blvd, Roseland, NJ 07068-1786 |
| 15847625 | | Email/Text: bankruptcy@denvergov.org | Jan 16 2026 00:33:00 | City and county of Denver, 201 W. Colfax Ave, Denver, CO 80202 |
| 15847626 | | Email/Text: bankruptcy@denvergov.org | Jan 16 2026 00:33:00 | City and county of Denver, P.O. Box 660860, Dallas, TX 75266-0860 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15847635 | | Email/Text: CostcoBankruptcyNotices@costco.com | Jan 16 2026 00:34:00 | Costco Wholesale, P.O. Box 34331, Seattle, WA 98124 |
| 15847620 | | EDI: CALTAXFEE | Jan 16 2026 05:28:00 | California Department of Tax and Fee Adm, Field Operations Division, PO Box 942879, Sacramento, CA 94279-0047 |
| 15847629 | | EDI: CODEPREV.COM | Jan 16 2026 05:28:00 | Colorado Department of Revenue, Attn: Bankruptcy, PO Box 17087, Denver, CO 80217-0087 |
| 15847631 | | EDI: COMCASTCBLCENT | Jan 16 2026 05:28:00 | Comcast Business, PO Box 60533, City of Industry, CA 91716-0533 |
| 15847634 | + | Email/Text: CSCBNC@cscglobal.com | Jan 16 2026 00:33:00 | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 15847648 | ^ | MEBN | Jan 16 2026 00:30:49 | Holland & Knight LLP, P.O. Box 936937, Atlanta, GA 31193-6937 |
| 15847652 | | EDI: IRS.COM | Jan 16 2026 05:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15847660 | | Email/Text: LCE_Mail@linkedin.com | Jan 16 2026 00:34:00 | LINKEDIN, 1000 West Maude Avenue, Sunnyvale, CA 94085 |
| 15847667 | + | Email/Text: celabnc@microsoft.com | Jan 16 2026 00:34:00 | Microsoft Corporation, Attn: Legal Department, One Microsoft Way, Redmond, WA 98052-8300 |
| 15847669 | | EDI: MINNDEPREV.COM | Jan 16 2026 05:28:00 | Minnesota Department of Revenue, P.O. Box 64447-BKY, St. Paul, MN 55164-0447 |
| 15847674 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 16 2026 00:34:00 | NY State Dept of Tax and Finance, NYS Assessment Receivables, P.O. Box 4127, Binghampton, NY 13902-4127 |
| 15849403 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 16 2026 00:34:00 | New York State Dept. of Tax & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 15847677 | + | Email/Text: oed_bankrupt@employ.oregon.gov | Jan 16 2026 00:34:00 | Oregon Employment Department, 875 Union Street NE, Salem, OR 97311-0800 |
| 15847681 | ^ | MEBN | Jan 16 2026 00:31:19 | Ring Central, 20 Davis Dr., Belmont, CA 94002-3002 |
| 15847682 | ^ | MEBN | Jan 16 2026 00:31:19 | RingCentral Inc., 20 Davis Drive, Belmont, CA 94002-3002 |
| 15847671 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 16 2026 00:33:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 15847695 | | EDI: CALTAX.COM | Jan 16 2026 05:28:00 | State of CA Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15847699 | | Email/Text: krogercreditor@kroger.com | Jan 16 2026 00:33:00 | The Kroger Co., 1014 Vine Street, Cincinnati, OH 45202 |
| 15847697 | + | EDI: WTRRNBANK.COM | Jan 16 2026 05:28:00 | Target, 1000 Nicollet Mall, Minneapolis, MN 55403-2542 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15847670 | | N.T.D. Label Printing Co., Limited, Rm 20G3, 20/F, Block 4, Golden Dragon Industrial Centre, No. 182-190 Tai Lin Pai Road, Kwai Chung HONK KONG |
| 15847613 | *P++ | ADOBE INC, ATTN CREDIT DEPARTMENT, 345 PARK AVENUE, SAN JOSE CA 95110-2704, address filed with court:, |

|  |  |  |
|---|---|---|
|  | Adobe Systems Inc., 345 Park Avenue, San Jose, CA 95110-2704 |  |
| 15847664 | *+ | Merchant Factors Corp., 1441 Broadway, 17th Floor, New York, NY 10018-1879 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Robert G. Harris | on behalf of Debtor Formation Creative Group LLC rob@bindermalter.com melissa@bindermalter.com |
| Sarah L. Little | sarah@littletrustee.com c141@ecfcbis.com,nancy@littletrustee.com,ecf.alert+Little@titlexi.com |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In Re: | Formation Creative Group LLC | Case No.: 25−31068 HLB 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

# ORDER AND NOTICE OF DISMISSAL
# FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 1/5/2026. Therefore, it is ordered that this case be **dismissed**.

☐ Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee
☐ Order Denying Application to Have Chapter 7 Filing Fee Waived and Pay Filing Fee in Full
☒ Order to File Required Documents and Notice of Automatic Dismissal
☐ Order and Notice Regarding Failure to Pay Filing Fee
☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
☐ Order Granting the Application to Pay Filing Fee in Installments
☐ Other:

Dated: <u>1/15/26</u>                    By the Court:

                                         Hannah L. Blumenstiel
                                         United States Bankruptcy Judge